IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| IN RE: | § | | |
| LEZLYE ARNEISE ZACHARY | § | | |
| | § | CASE NO.: | 04-32793 |
| Debtor(s) | § | (Chapter 13) | |
| | § | | |

## AGREED ORDER RESOLVING TRUSTEE'S OBJECTION(S)

The parties announce to the Court that they have reached an agreement concerning the Trustee's pending Objection(s), the terms and conditions of which are as follows:

> Debtor(s) are hereby granted 30 days in which to file an Amended Plan to provide the correct total-paid-in amount; and to resolve the conflict regarding the ongoing mortgage payment(s) by proposing the correct total amount paid and the date it was paid through.

Timely compliance with the specific requirement(s) listed above shall constitute a cure for all the Trustee's Objections to Confirmation.

The Court hereby **ORDERS** that in the event the Debtor(s) fail to comply within the time limits set forth above, this case shall be automatically dismissed without further notice or hearing.

The Court further **ORDERS** that should the amendments fail to cure all of the Trustee's objections and the Trustee files a written certification of such non-compliance, this case may be automatically dismissed without further notice or hearing, or in the alternative, the Court may consider reducing the attorney's fees paid in this case.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: October 13, 2009

/s/ Kenneth J. Meyers      6
UNITED STATES BANKRUPTCY JUDGE

Agreed to:

/s/Russell C. Simon                              /s/Pearson Bush
Russell C. Simon                                  Debtor(s) Counsel
Chapter 13 Trustee